**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

IVAN HARVEY,

      Plaintiff,

vs.                                                    CASE NO. 5:08CV339-RH/AK

ART TEAL, et al,

      Defendants.

_____/

**O R D E R**

Presently before the Court in the above entitled action is Plaintiff's Motion for

Extension of Time to Pay Partial Filing Fee.  (Doc. 6).  Having considered said motion,

the Court is of the opinion that it should be **GRANTED**, and Plaintiff shall have through

January 15, 2009, to pay $4.00 as required by Order dated November 13, 2008.  (Doc.

4).

      **DONE AND ORDERED** this   _22nd_  day of December, 2008.


                              *s/ A. KORNBLUM*_____
                              **ALLAN KORNBLUM**
                              **UNITED STATES MAGISTRATE JUDGE**