**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

IVAN HARVEY,

    Plaintiff,

vs.                                            CASE NO. 5:08CV339-RH/AK

ART TEAL,

    Defendant.

_____/

**O R D E R**

Presently before the Court is Plaintiff's Motion for Assistance, wherein Plaintiff asks about service of interrogatories and document requests and affidavits from other inmates. (Doc. 37).

A Scheduling Order has been entered allowing discovery through July 15, 2009. (Doc. 34). Therefore, Plaintiff is free to serve Requests for Documents or Interrogatories upon the Defendant without leave of court.

If Plaintiff has inmate witnesses, he shall respond to this Order as soon as possible and identify them by full name and their DOC number and location if possible. He shall provide in summary form what each person will testify about and attach the questions he wants each of them to answer. The Court will forward the questions to the Deputy General Counsel and request that he obtain sworn responses from them. It is important that as much identifying information as possible be provided since the

General Counsel will have to locate them within the DOC if they have been transferred since the incident in question.  It is also important that Plaintiff provide this information as soon as possible since this process can take considerable time.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Assistance (doc. 37) is **GRANTED**.

**DONE AND ORDERED** this  **6**<sup>th</sup>  day of May, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 5:08cv339-RH/AK**