# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

IVAN HARVEY,

    Plaintiff,

vs.                                      CASE NO. 5:08CV339-RH/AK

ART TEAL,

    Defendant.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Expenditure wherein he requests that the Court pay the costs of an investigator to locate witnesses for him who have been released from prison. (Doc. 90). Also before the Court is Defendant's Motion for Leave to File Reply to Plaintiff's Response to the pending motion for summary judgment. (Doc. 92).

The motion to pay costs of an investigator (doc. 90) is **DENIED**. The Court does not have funds available to pay for investigators in pro se civil cases.

Defendants' motion for leave to file a reply (doc. 92) is **GRANTED NUNC PRO TUNC**, the reply having already been filed. (Doc. 93).

**DONE AND ORDERED** this __17th__ day of September, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**